SAVERIO QUERTOROLO (ALSO KNOWN AS SAVERIO QUAR-TARILLO) ET AL., PLAINTIFFS-RESPONDENTS, v. ANTONIO GALLERANO, ETC., DEFENDANT-APPELLANT.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellant, *T. Mancusi-Ungaro* (*Herbert A. Kuvin,* of counsel).

For the respondents, *Benjamin Gordon.*

PER CURIAM.

This suit was instituted against the appellant, as administrator of the estate of Tony Blumetti, to recover money alleged to be due the respondents for board and lodging of the decedent, for a period of about nine years.   We can find no merit in any of the points raised on the appeal, and they do not warrant any discussion.

The judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ.   12.

*For dismissal*—PARKER, BODINE, KAYS, JJ.   3.